# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **SUMMIT INVESTMENTS II and** <br> **SUMMIT INVESTMENTS V,** <br> <br> *Plaintiffs and Counterclaim Defendants*, <br> v. <br> <br> **SAM'S EAST, INC.,** <br> <br> *Defendant, Counterclaim Plaintiff,* <br> *and Third-Party Plaintiff*, <br> <br> v. <br> <br> **TRW ENTERPRISES, INC.** <br> <br> *Third-Party Defendant.* | **Case No. 3:23CV479** |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN SUMMIT INVESTMENTS II/SUMMIT INVESTMENTS V AND SAM'S EAST, INC.

Summit Investments II, Summit Investments V (collectively, "Summit") and Sam's East, Inc. ("Sam's East"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(2), by and through their respective counsel, hereby jointly stipulate to the DISMISSAL WITH PREJUDICE of the claims and counterclaims between Summit and Sam's East, to include Summit's Complaint (ECF No. 1) and Sam's East's Counterclaim (ECF No. 66). Because the only claims and counterclaims involving Summit as a party have been dismissed, Summit is hereby dismissed from this case with prejudice. This matter will continue with regard to claims made by Sam's East against Third-Party Defendant TRW Enterprises, Inc. in its Third-Party Complaint (ECF No. 21). The undersigned parties agree that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Stipulation of Dismissal will explicitly reserve

1

jurisdiction in this Court to enforce the terms of the Summit and Sam's East's final Settlement Agreement.

                                                                                   Respectfully submitted,

SUMMIT INVESTMENTS, II,
SUMMIT INVESTMENTS, V, and
SAM'S EAST, INC.

| By: /s/ Connor S. Bleakley | By: /s/ Brian A. Wright |
|---|---|
| Courtney Moates Paulk (VSB 45523) | Michael R. Shebelskie (VSB No. 27459) |
| Nathaniel L. Story (VSB 77364) | Brian A. Wright (VSB No. 82827) |
| Connor S. Bleakley (VSB 92113) | Hunton Andrews Kurth LLP |
| HIRSCHLER FLEISCHER, P.C. | Riverfront Plaza, East Tower |
| 2100 East Cary Street | 951 E. Byrd Street |
| Richmond, VA 23223-7078 | Richmond, VA |
| Telephone: (804) 771-9500 | 804-788-8716 |
| Facsimile: (804) 644-0957 | mshebelskie@hunton.com |
| Email: cpaulk@hirschlerlaw.com | wrightb@hunton.com |
|       nstory@hirschlerlaw.com | *Counsel for Sam's East, Inc.* |
|       cbleakley@hirschlerlaw.com | |
| *Counsel for Plaintiffs Summit Investments II And Summit Investments V* | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically send notification to all counsel of record of such filing by operation of the Court's electronic system.

    /s/ Connor S. Bleakley